IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 4:09CR00028 |
| : | |
| GUSTAVO CARDENAS | |

MOTION FOR SUBSTANTIAL ASSISTANCE CONSIDERATION

Pursuant to Section 5K1.1, United States Sentencing Commission Guidelines Manual, and pursuant to Title 18, United States Code, Section 3553(e), the United States moves that GUSTAVO CARDENAS be accorded the benefit of a sentencing departure from the Guidelines level otherwise found to apply, based upon the fact that GUSTAVO CARDENAS has provided substantial assistance in the investigation and prosecution of another person or persons who have committed offenses.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

/s/ R. Andrew Bassford
R. Andrew Bassford
Assistant United States Attorney

C E R T I F I C A T E

I hereby certify that a true and correct copy of the foregoing Motion for Substantial Assistance Consideration has been provided to Randy Cargill, Esq., Counsel for Defendant, on this __13TH___ day of November, 2009.

/s/_R. Andrew Bassford__
R. Andrew Bassford