| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 4:09CR00028-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG - 5 2011
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Gustavo Covarrubias-Cardenas<br>3060 South NC Highway 119<br>Mebane, NC 27302 | WESTERN DISTRICT OF VIRGINIA | Danville |
| | NAME OF SENTENCING JUDGE<br>Jackson L. Kiser | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 5/6/11    TO 5/15/15 |

**OFFENSE**

Conspiracy to Distribute More Than 500 Grams of Cocaine - 21 U.S.C. § 846

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-21-11
Date

/s/ Jackson L. Kiser
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>Middle District of North Carolina</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/29/11
Effective Date

/s/ James A. Beaty
United States District Judge