UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Julia C. Dudley, Clerk          Office of the Clerk          434-793-7147
P.O. Box 1400
Danville, VA 24543-1400

August 5, 2011

**VIA E-MAIL ONLY**
Kelly Welch, Docket Clerk Supervisor
United States District Court
Middle District of North Carolina
324 West Market Street, Suite 401
Greensboro, NC 27401

    Re:     United States of America v. Gustavo Cardenas
                Criminal Action No.: 4:09CR00028-001

Dear Ms. Welch:

    Attached are copies of the following documents which are being forwarded to you pursuant to an order approving transfer of supervised release jurisdiction:

        Probation Form 22 - Transfer of Jurisdiction
        Indictment
        Judgment
        Docket Sheet

    Please acknowledge receipt at the bottom of this letter and return to me by e-mail at marthah@vawd.uscourts.gov. Thank you for your cooperation in this matter. Please contact me with any questions.

                            Sincerely,

                            JULIA C. DUDLEY, CLERK

                            By:     s/Martha L. Hupp
                                    Deputy Clerk

Attachments: As noted above

The above documents were received in this office on _____, 2011 and assigned Case Number _____.

                            _____
                                    Signature and Title