CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG - 5 2011

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

Julia C. Dudley, Clerk          Office of the Clerk          434-793-7147
                                P.O. Box 1400
                                Danville, VA 24543-1400
                                August 5, 2011

**RECEIVED**
In This Office
AUG 5 - 2011
CLERK, U.S. DISTRICT COURT
GREENSBORO, NC

**VIA E-MAIL ONLY**
Kelly Welch, Docket Clerk Supervisor
United States District Court
Middle District of North Carolina
324 West Market Street, Suite 401
Greensboro, NC 27401

   Re:   United States of America v. Gustavo Cardenas
         Criminal Action No.: 4:09CR00028-001

Dear Ms. Welch:

   Attached are copies of the following documents which are being forwarded to you pursuant to an order approving transfer of supervised release jurisdiction:

   Probation Form 22 - Transfer of Jurisdiction
   Indictment
   Judgment
   Docket Sheet

   Please acknowledge receipt at the bottom of this letter and return to me by e-mail at marthah@vawd.uscourts.gov. Thank you for your cooperation in this matter. Please contact me with any questions.

                              Sincerely,

                              JULIA C. DUDLEY, CLERK

                              By:   s/Martha L. Hupp
                                    Deputy Clerk

Attachments: As noted above

The above documents were received in this office on ___8/5/___, 2011
and assigned Case Number __1:11CR262-1__

_____
Signature and Title